# Court of Appeals
# of the State of Georgia

ATLANTA,__August 14, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2049.  IRENE POPE v. RANDALL BOOKER.**

The above-referenced case was docketed by this Court on June 11, 2012. Appellant's motion for an extension of time in which to file a brief and enumerations of error was granted until July 20, 2012. As of the date of this order, appellant still has not filed a brief and enumerations of error; nor has appellant requested a second extension of time in which to do so. Accordingly, appellee's motion to dismiss this appeal is hereby GRANTED, and this appeal is DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__08/14/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*